FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 APR 10  AM 7:38

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JOHN LEE SANDERS                              CIVIL ACTION

VERSUS                                        NUMBER: 05-3016

CONRAD LEWIS, ET AL.                          SECTION: "B"(5)

O R D E R

The Court, having considered the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of plaintiff to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that plaintiff's suit is dismissed for failure to prosecute pursuant to Local Rule 41.3.1E and Rule 41(b), Federal Rules of Civil Procedure.

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No_____

New Orleans, Louisiana, this 6ᵗʰ day of _____April_____,
2006.

_____
UNITED STATES DISTRICT JUDGE